

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| MARIE MONTREAL ROBLES, | § | No. 08-21-00089-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| OSCAR JIMENEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM7294) |
| | § | |

## **O R D E R**

Appellant has filed an unopposed motion to abate this appeal. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated for 60 DAYS. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the clerk's record will be due 30 days from the date of the reinstatement order.

IT IS SO ORDERED this 29th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.